885 A.2d 982

## In re ADOPTION OF S.E.G.

### Petition of L.S.G.

Supreme Court of Pennsylvania.

Oct. 5, 2005.

## *ORDER*

PER CURIAM.

**AND NOW,** this 5th day of October 2005, the Petition for Allowance of Appeal is **GRANTED,** limited to the following issue:

Whether the language of 42 Pa.C.S. § 6351, governing the disposition of dependent children, requires that a child protective agency change its goal for a dependent child to adoption prior to seeking termination of parental rights.